*No. 13-0875 – Sheena H. for Russell H. v. West Virginia Office of the Insurance Commissioner, and Amfire, LLC*

**FILED**

April 10, 2015

**RORY L. PERRY II, CLERK**
**SUPREME COURT OF APPEALS**
**OF WEST VIRGINIA**

Benjamin, Justice concurring:

I agree with the majority's conclusion as it relates to the ability of Sheena H. to pursue a dependent's benefits claim on behalf of L.H, the minor child. I write separately to underscore that the issue of causation (i.e., compensability) has not been heretofore resolved, and the employer may challenge causation when this matter is remanded.